CAUSE NO. C-0929-12-F

| | | |
|---|---|---|
| JOHNNY PARTAIN<br>Plaintiff | § § § | IN THE 332 DISTRICT COURT |
| VS. | § § | OF HIDALGO COUNTY, TEXAS |
| CONSTABLE J.E. "EDDIE" GUERRA,<br>HIDALGO COUNTY PRECINCT 4 in his<br>Official Capacity and Individually, and<br>ET AL.<br>Defendants | § § § § § | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/2/2025 10:51:52 PM
CHRISTOPHER A. PRINE
Clerk

## ORDER DISMISSING CAUSE AS MOOT

COMES NOW THE COURT finding that Johnny Partain has already been justly and adequately compensated by the State Of Texas for all his claims in the above styled and number cause, making this case MOOT.

IT IS ORDERED that any orders or judgments previously issued in this case are vacated.

IT IS ORDERED that this case is DISMISSED with prejudice.

Signed this day ___29___ of ___July___, 2025.

DATE 7-29-25

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy #56

_____
DISTRICT JUDGE JUAN ALVAREZ

cc:
Ms. Josephine Ramirez Solis, via email: josephine.ramirez@da.co.hidalgo.tx.us
Mr. William J. McCarthy, via email: thefirm@oxfordandgonzalez.com
Mr. Johnny Partain, via email: partain@atlastechnologies.biz
Mr. Benjamin Dower, via email: Benjamin.dower@texasattorneygeneral.gov
Mr. Charles Murray, Atlas & Hall, LLP., via email: ccmurray@atlashall.com
Mr. Harold Liller, via email: harold.liller@texasattorneygeneral.gov
Mr. R.D. Guerra, via email: RDGuerra@2uerrasabo.com
Ms. Kelli Caitlin Fuqua, via email: Kelli.Fuqua@texasattorneygeneral.gov
Mr. Michael Lee Garza, via email: michael.garza@da.co.hidalgo.tx.us;